# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PMX JEWELS LIMITED**<br><br>   v.<br><br>**RUVANNI INC., et al.** | **CIVIL ACTION**<br><br>**NO. 14-243** |

### ORDER RE: PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' COUNTERLCAIM

**AND NOW**, this 30th day of April, 2014, upon consideration of Plaintiff's Motion to Dismiss Defendants' Counterclaim (ECF 11) and Defendant's Response in Opposition to the Motion (ECF 13), and for the reasons stated in the accompanying memorandum of law, it is hereby **ORDERED** that Plaintiff's Motion to Dismiss is **GRANTED**.  Defendants shall have leave to file any additional counterclaims within fourteen (14) days of the date of this Order.

BY THE COURT:

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-243 pmx jewels v. ruvanni\14cv243.mtd.order.doc